## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In Re: Amy Miller Anderson                                                    Case No. 20-32350

Debtor                                                                                      Chapter 13

**WITHDRAWAL OF PROOF OF CLAIM OF REVENUE RECOVERY CORP, INC.**

Creditor, Wakefield and Associates, Inc. by and through its Agent hereby withdraws its Proof of Claim file and listed as claim number 7 on the Trustee's claims register, for account number ending in 2994, and in the amount of $16.17 as the claim was filed in error.

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 13th day of November 2020, I electronically filed this withdrawal.

By:   /S/Shameka Armstrong,
      Administrative Assistant
      P.O. Box 50250
      Knoxville, TN 37950